# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

SCANNED at MENARD and E-mailed
5-24-24 by TW  110 pages
Date      initials    No.

Larry D. Johnson

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

L. B. Sadler, John Doe 1, John
Doe 2, John Doe 3, John Doe 4, John
Doe 5, John Doe 6, John Doe 7, Wexford
Corporate, Jane Doe 1, Jane Doe 2
Anthony Wills, *Defendant(s)/Respondent(s)*
Jeff Mulholland, Jeffrey Olson, Kelly Pierce
LaToya Hughes

Case Number:  24-1385-DWD

*(Clerk's Office will provide)*

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.  JURISDICTION

**Plaintiff:**

A.  Plaintiff's mailing address, register number, and present place of confinement. Larry Johnson M22660l
Menard Correctional Center
P.O. Box 1000
Menard, Il 62259

**Defendant #1:**

B.  Defendant ___B. Sadler___ is employed as

(a)    (Name of First Defendant)

___Lieutenant___

(b)        (Position/Title)

with ___Menard Correctional Center, P.O. Box 1000___

(c)    (Employer's Name and Address)

Menard  Il, 62259

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If your answer is YES, briefly explain:
He was a Lieutenant of the Tact Team at Menard C.C.

Rev. 10/3/19

**Defendant #2:**

C.    Defendant ___Wexford Corporate___ is employed as

(Name of Second Defendant)

___Health Care Provider___

(Position/Title)

IDOC

with ___Menard Correctional Center, P.O. Box 1000___

(Employer's Name and Address)

___Menard, Il, 62259___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain:
Contracted by IDOC Menard C.C. to provide Health Care For Menard C.C. residents.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

John Doe 1 - John Doe 7

Employed as officers with Menard Correctional Center P.O. Box 1000 Menard, Il 62259

Employed by the state, local, or federal government. ☑ yes

Jane Doe 1 - Jane Doe 2 Employed as Medical Staff with Wexford Corporate and Menard C.C. At Menard Correctional Center P.O. Box 1000 Menard, Il 62259

Employed by the state, local, or federal government. ☑ yes

Rev. 10/3/19

Extended

Additional Defendant(s) (if any):

D.)

Anthony Wills
    Warden of
Menard Correctional Center
P.O. Box 1000
Menard, Il 62259

Employed by the state, local
or federal government?
☑ yes

Jeff Mulholland, Jeffrey Olson, Kelly Pierce
    Grievance Officers
Employed with Menard Correctional Center
       P.O. Box 1000
       Menard, Il 62259

Employed by the state,
local, or federal government?
☑ yes

La'Toya Hughes
Employed as Acting Director
with Illinois Department of Corrections
  at Springfield

Employed by the state,
local, or federal government?
☑ yes

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes ☐No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s): Larry D. Johnson

Defendant(s): Cook County Officers
Cook County Department of Corrections

2.    Court (if federal court, name of the district; if state court, name of the county): Cook County

3.    Docket number: N/A  (lost paperwork during transfers)

4.    Name of Judge to whom case was assigned: N/A

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights Action

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):
The case was dismissed.

Rev. 10/3/19

7.      Approximate date of filing lawsuit: N/A

8.      Approximate date of disposition: N/A

9.      Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

Dismissed due to me failing to submit an amended complaint.

## III.    GRIEVANCE PROCEDURE

A.      Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B.      Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C.      If your answer is YES,
       1.    What steps did you take?

I wrote a grievance and submitted it to the highest authority in my power.

       2.    What was the result?

One grievance was lost.
One grievance was never answered.
One is awaiting a response from the ARB in Springfield.

D.      If your answer is NO, explain why not.

N/A

E.      If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

N/A

F.      If your answer is YES,
       1.    What steps did you take?



N/A

2.    What was the result?

N|A

G.    If your answer is NO, explain why not.

N |A

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

• See attached Counseling Summary's
      and
   Affidavits, and other attached documents

• See also additional attached Counseling Summary's
   for evidence as supporting documents,
   and other attached documents.

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

① Officers used excessive force where I was sprayed with multiple cans of mace, an Ispraget, shot multiple times with pepperballs and beaten severely with closed fists, kicks, batons after the situation was contained and I was on the ground in cuffs and shackles and assaulted again once taken into the infirmary of the North 2 RHU at Menard C.C. after being shackled to a ~~stool~~ in a room in the infirmary. on 10/10/23.

② An officer squeezed my genitals during the altercation then once being stripped out to go on suicide watch this same officer bragged about it and told me he wish he could grab them now.

③ Before I was sent to suicide watch a nurse entered my room and checked my blood pressure and ignored my pleas for medical assistance even after seeing me bloody, beaten and maced up. Still have not received medical assistance for my injuries even after two medical emergencies that I was pulled out of my cell for.

④ Retaliation from officers where my water and toilet was turned off in my cell and mace sprayed into my cell from the cable cord hole located in the back of the cell only accessible from the tunnel. This occurred twice. Once on 2/14/24 in Menard C.C.'s RHU in cell 243 and Second on 2/28/24 in Menard C.C.'s RHU in cell 631.

Rev. 10/3/19

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I am seeking compensatory damages from each defendant in their individual and official capacity.
I am seeking punitive damages from each defendant in their individual and official capacity.
I am seeking an Injunction Relief of a transfer out of Menard C.C. to avoid further retaliation, where I can get medical treatment as needed during the entirety of this proceeding and upon it's conclusion to never return to Menard C.C. for my safety and security.
I am seeking to have all attorney fees covered.

## VI.   JURY DEMAND (check one box below)

The plaintiff ☑ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  5/13/24
(date)

Signature of Plaintiff

P.O. Box 1000
Street Address

Larry Johnson
Printed Name

Menard, IL 62259
City, State, Zip

M22661
Prisoner Register Number

_____
Signature of Attorney (if any)

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Larry D. Johnson )
　　　Plaintiff, )
　　　 )
 )
VS. )　　　Case No.: _____
 )
B. Sadler, et. al )
　　　Defendant )

## NOTICE OF FILING

TO: John Doe 1, John Doe 2,      TO: Anthony Wills
John Doe 3, John Doe 4,              Jeff Mulholland
John Doe 5, John Doe 6               Jeffrey Olson
John Doe 7, B. Sadler               Kelly Pierce

TO: Wexford Corporate      TO: LaToya Hughes
Jane Doe 1, Jane Doe 2

PLEASE TAKE NOTICE that on _____, 20_____, I have provided service to the person(s) listed above by the following means:

☑    Electronically filed through __Menard__ Correctional Law Library

☐    Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 5/16/24

/s/ _Larry John_
NAME: Larry Johnson
IDOC#: M22661
__Menard__ Correctional Center
P.O. Box __1000__
__Menard__, IL __62259__

SL.

Housing Unit: J12    Bed #: 633

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: 10/18/23 | Individual (please print): Larry Johnson | | ID #: 66lul M33(rrl | Race (optional): |
|---|---|---|---|---|

| Current Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |
|---|---|

**Nature of Grievance:**

☑ Staff Conduct
☐ Medical Treatment
☐ Disciplinary Report: _____

☐ ADA Disability Accommodation
☐ Restoration of Sentence Credit
☐ Dietary

Date of Report _____    Facility where issued _____

☐ Personal Property
☐ Mail Handling

☐ PREA
☐ HIPAA

☑ Other (specify): Excessive Force

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I am grieving the fact that on 10/17/23 at around 8pm on the restrictive housing yard #5 I was extracted by Tactical Team Members by excessive force. During the extraction I was punched kicked, sprayed with multiple cans of mace the sprayer and shot with multiple pepperballs. Once I was detained and in cuffs on the ground the Tact Team Members continued to punch and kick me in my face, head and body. One Tact Team Member even intentionally pulled spike of my dreadlocs out of the back of my head and told me he is "keeping it from as a souvenir and trophy." Once removed from the yard

☑ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

Relief Requested: I am requesting an immediate emergency transfer out of Menard correctional Center. I am also requesting that the video footage from the the date and location of the incident be preserved as evidence the incident occurred as reported in this grievance. I am also requesting that all parties involved be reprimanded and relieved from their official duties as officers and Tactical Team Members. I am also requesting that all parties involved and not involved to not retaliate against me for grieving this issue. I am also seeking civil action and compensation for my injuries.

| Individual in Custody Signature | ID # M33(rrl | Date 10/18/23 |
|---|---|---|

**Counselor Response (if applicable):**    Date Received: 10/26/23

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794 9277

Per IA this is an open investigation and we will advise once the investigation is complete. Per AD 05.06.112 you are Max Security and in Restrictive Housing and can not request a transfer at this time.

S Lewis    [signature]    11/1/23

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: OCT ... 2023

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance.
☑ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

[signature]    10/25/23
Chief Administrative Officer Signature    Date

Assigned Grievance #/Institution: K4-1023-0914
MEN    OCT 2 6 2023

First Level Received: _____

Second Level Received: _____

_____ Please check if using if utilizing follow up DOC 0743p

TC Staff conduct/ excessive force

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

the officers escorting me inside of the Medical building's infirmary the officers deliberately ran my head into the door coming before being inside the building. Once inside the infirmity I was taken to the interview room to the furthest left and cuffed to the floor and ordered to sit there and don't move. Then Lt. B. Eader entered the room in a rage and hit me in the face while I was cuffed, shackled and chained to the floor. Then he left and a few minutes later another Tact Team Member came and stood at the door of the interview room I was in and sprayed mace into my face while I was cuffed, shackled and chained to the floor. These are all clear signs of excessive force and retaliation. This is a violation of my constitutional protections against cruel and unusual punishment. This is unprofessional and unacceptable behavior by the staff and all parties involved are guilty of negligence, deliberate indifference and failure to intervene for not responding professionally in their official capacity. This is also a failure to protect. This is affecting my mental health negatively because I fear I may be attacked again and retaliated against and eventually killed by the officers in this institution.

11/7/23

10/26/23 *

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 10/25/2023 | Date of Review: 10/26/2023 | Grievance #: K004-1023-0916 |
| Individual in Custody Name: JOHNSON, LARRY | | ID#: M22661 |

Nature of Grievance:

Staff conduct and PREA

**Facts Reviewed:**

Individual in custody submitted a grievance dated 10/18/2023 grieving the following:
• During removal from RHU yard grievant alleges that he felt a hand aggressively grab and squeeze his genitals.
• Grievant alleges Officer Dulaney stated to him, "I know your balls hurt because I had a tight grip on them." Additionally, the same officer during grievant's strip search was "ogling" his genitals and stated, "I wish I could grab them now."
• Due to the incidents that transpired the grievant states it has affected his mental health.

Relief Requested: To be transferred to another facility because I fear that I may be sexually assaulted again. I am also requesting that this issue be thoroughly investigated and the officer involved be reprimanded and relieved of his official duties as an officer. I am also requesting that I not be retaliated against for grieving this issue.

GRV #K004-1023-0916 was received on 10/20/2023 and marked emergency by the individual in custody. It was deemed emergency by the Warden on 10/25/2023 and returned to Grievance Office for processing on 10/25/2023.
• Grievance was forwarded to Internal Affairs on 10/23/2023 and PREA protocol initiated. Upon completion of the investigation the individual in custody will be notified of the conclusions.

(Continued...)

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be RESOLVED; referred to Internal Affairs.

Sara McClure - Menard Correctional Center
Print Grievance Officer's Name

Sara McClure    Digitally signed by Sara McClure
Date: 2023.10.26 10:46:47 -05'00'
Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: | ■ I concur    ☐ I do not concur | ☐ Remand |
| Action Taken: | | |

Anthony Wills    Digitally signed by Anthony Wills
Date: 2023.11.03 11:19:22 -05'00'
Chief Administrative Officer's Signature                                    Date

### Individual in Custody's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                    ID#                    Date

Distribution:    Master File; Individual in Custody                    Page 1                    DOC 0047 (Rev. 9/2022)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

Grievance Office reviewed on 10/26/2023: Individual is advised if still incurring mental health issues he can contact them via cellhouse staff, institutional mail, or during RHU weekly rounds.

S.H

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: N2   Bed #: 633

| Date: 10/18/23 | Individual (please print): Larry Johnson | ID #: M22660l | Race (optional): |
|---|---|---|---|

Current Facility: Menard Correctional Center

Facility where grievance issue occurred: Menard Correctional Center

**Nature of Grievance:**

- ☑ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where issued _____
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☑ PREA
- ☐ HIPAA
- ☐ Other (specify): _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I am grieving the fact that on 10/10/23 I was on the seg yard / restrictive housing yard #5 and was extracted by Tactical Team Members at around 2 pm. During the extraction I felt a very aggressive hand grab and squeeze my genitals the entire time during the extraction. Once I was inside of the North 2 building's infirmary area and stripped out to go on suicide watch, officer Dilloney made a sexual comment while in the presence of Tact Team members and other staff stating " I knew your balls hurt because I had a tight grip on them." This statement was made

☑ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance

☑ Continued on Reverse

**Relief Requested:** I am requesting to be transferred to another facility because I fear that I may be sexually assaulted again. I am also requesting that this issue be thoroughly investigated and the officer involved be reprimanded and relieved of his official duties as an officer. I am also requesting that I not be retaliated against for grieving this issue

_Larry Johnson_        M22660l        10/18/23
Individual in Custody Signature        ID #        Date

**Counselor Response (if applicable):**        Date Received: _____

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

_____

Note to individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**        Date Received: MEN OCT 2 0 2023

Is this determined to be of an emergency nature:

☑ Yes, expedite emergency grievance.

☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

_A.Wills_        10/25/23
Chief Administrative Officer Signature        Date

Assigned Grievance #/Institution: K4-1023-0916

First Level Received: MEN OCT 26 2023

Second Level Received: _____

___ Please check if using if utilizing follow up DOC 0743p

5E Staff Conduct

Distribution: Master File, Individual        Page 1 of 2        DOC 0046 (Rev. 06/2022)

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

while I was naked during the strip search and he was ogling my genitals as he made the comment and then said "I wish I could grab them now." These sexual comments and actions made me feel violated and I don't feel safe knowing that I was sexually assaulted and fear that I may be sexually assaulted again. This is affecting my mental health negatively because I now live in fear of being a victim to sexual assaults again.

Inmate Id: M22661

Ret Form Ind: [ ▼ ]

Name: JOHNSON, LARRY

Modify Ind: [ ▼ ]

Chair Code: JEBO [ ▼ ]

Deny Ind: [ ▼ ]

Grv Type: L [ ▼ ]

Favorable Ind: [ ▼ ]

Grv Code: PREA [ ▼ ]

Deferred Ind: [ ▼ ]

Receive Date: 11/13/2023

Moot Ind: [ ▼ ]

Hearing Date: 00/00/0000

Grievance Number: K4-1023-916

Mailing Date: 00/00/0000

Incident Number: [ ]

Grv Loc: MENARD CC [ ▼ ]

Incident Date: 00/00/0000

Hearing Loc: MENARD CC [ ▼ ]

Incident Inst: [ ▼ ]

Date Receipted: 11/15/2023

Comments: E-GRV #K004-1023-0916 & DTD 10/18/23 ALLEGES DURING REMOVAL FROM RHU YARD TO FEEL A HAND "AGGRESSIVELY: SQUEEZE THEIR GENITALS.



J.B. Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name:   JOHNSON, LARRY                                                3/19/24
                                                                        _____
                                                                            Date
ID# :   M22661

Facility:   MENARD

This is in response to your grievance received on __11/13/23, 1/30/23__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 10/18/2023    Grievance Number: K004-1023-0916  Griev Loc: MEN

☐   Medical _____

☐   Dietary _____

☐   Personal Property _____

☐   Mailroom/Publications _____

■   Staff Conduct _____CLAIMS PREA ON C/O DULANEY, EXCESSIVE FORCE 10/10/23.____

☐   Commissary / Trust Fund _____

☐   Conditions (cell conditions, cleaning supplies, etc.) _____

☐   Disciplinary Report: Dated: _____  Incident # _____

☐   Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐   Affirmed

☐   Denied, in accordance with DR504F, this is an administrative decision.

■   Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐   Denied as the facility is following the procedures outlined in DR525.

☐   Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐   Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■   Other: PER I/A, INVESTIGATION OF PREA IS UNSUBSTANTIATED. NO FURTHER ACTION WILL BE TAKEN AT THIS LEVEL.

STAFF MISCONDUCT UNSUBSTANTIATED.

FOR THE BOARD: _____        CONCURRED: _____
                    Jeremy Bennett                                    Latoya Hughes
                Administrative Review Board                            Acting Director

CC:  Warden,  MENARD _____ Correctional Center
     JOHNSON, LARRY _____ , ID# M22661

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

JB Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    3/25/2024

TO:    Johnson, Larry #M22661

FROM:    Anthony Wills
Chief Administration Officer

SUBJECT: Victim Notification of Completed PREA Investigation Findings

On    10/11/2023   , you made an allegation concerning conduct by an individual that is covered by the Prison Rape Elimination Act of 2003. After investigating the allegations, the results of our investigation determined that:

☐ Allegations are **Substantiated**    ☑ Allegations are **Unsubstantiated**    ☐ Allegations are **Unfounded**

### Explanation:

A review of all information made available through the course of this investigation has been completed.  This investigation was concluded on March 15th, 2024.  The allegations made by Individual in Custody LARRY JOHNSON M22661 that Correctional Officer MATTHEW S. DULANEY sexually assaulted him are unsubstantiated.  A Rape Kit was not performed on JOHNSON for any type of DNA Evidence due to there being no penetration.  Based on the lack of direct evidence, no video evidence, and conflicting statements, the allegations of PREA are unsubstantiated.  This case had no outside law enforcement agency notified and was referred for prosecution with the State's Attorney denying to accept.

The investigation findings may be grieved in accordance with 20 Illinois Administrative Code 504 and Administrative Directives 04.01.114 and 04.01.115.

Any counseling or supportive services, such as psychological services, chaplaincy services, correctional counselors, group therapy, etc. will continue to be offered.

This services as an official notification of the outcome of the allegation/allegations.

Sincerely,

_____
Chief Administrative Officer

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc



# OFFICE OF THE GOVERNOR

207 STATE HOUSE
SPRINGFIELD, ILLINOIS 62706

**JB PRITZKER**
GOVERNOR

December 4, 2023

Larry Johnson
M22661
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

Greetings,

Thank you for contacting the office of Governor JB Pritzker. The Governor makes it a top priority to take all constituent correspondence into consideration. All comments, concerns, and suggestions are welcome.

We have created a case in our office for your request and are diligently working to get it resolved. Please note that case work processing can take up to 30 days. However, we work to get your requests completed as soon as possible. If you do not hear back from the respective state agency within 30 days of your request, please contact our Constituent Affairs team. They can be reached at 217-782-0244.

Sincerely,

Governor's Office of Constituent Affairs



JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

## MEMORANDUM

DATE:        December 8, 2023

TO:           Larry Johnson M22661

FROM:  ·     Anthony Wills, Warden
              **Menard Correctional Center**

Your correspondence to the Governor's Office with concerns has been forwarded to my office for handling.

There is currently an open investigation regarding the allegations outlined in your correspondence. It is awaiting the final summary. You will be notified once a decision has been made.

I trust this addresses your concerns.

Anthony Wills
Warden

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

5⁰

Housing Unit: N²    Bed #: 80I

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: 4/10/24 | Individual (please print): Larry Johnson | ID #: M22660l | Race (optional): |
|---|---|---|---|

| Current Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |
|---|---|

**Nature of Grievance:**
- ☑ Staff Conduct
- ☑ Medical Treatment
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where issued
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ PREA
- ☐ HIPAA
- ☑ Other (specify): Retaliation

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

I am grieving the fact that as of today, 4/10/24, I still have not received medical attention for the injuries I sustained as a result of the excessive force from staff on 10/10/23 on the Restrictive Housing yard in Menard Correctional Center. I was severely beaten by several tact team officers and sustained multiple injuries where I'm still in pain in my neck, chest, back, right shoulder, arm and hand. I've complained about this pain for several months and still have not received medical attention and the only thing that's been done is I've been X-rayed but nothing further. I've been scheduled several different times to see a Nurse Practitioner or Doctor but all of

☑ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

**Relief Requested:** I'm requesting an immediate emergency transfer to a facility that can accomodate my medical needs. I am requesting immediate emergency/medical assistance. I also request to not be retaliated against for grieving this issue.

| Individual in Custody Signature | ID #: M22660l | Date: 4/10/24 |
|---|---|---|

**Counselor Response (if applicable):**    Date Received: 4/15/24
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Out of time frame

SLewis    [signature]    4/19/24

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: MEN APR 11 2024    Assigned Grievance #/Institution: K4-0424-1771

Is this determined to be of an emergency nature:
☐ Yes- expedite emergency grievance.
☑ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

First Level Received: MEN APR 15 2024

Second Level Received: _____

_____ Please check if using if utilizing follow up DOC 0743p

| Chief Administrative Officer Signature | Date: 4·12·24 |
|---|---|

11F - Medical TX
2A - TRANSFER

Pilot Program Only

Illinois Department of Corrections
Individual in Custody Grievance

my passes keep getting cancelled but other people are being seen by the Nurse Practitioner. On 2/6/24 I was allowed to speak to a Nurse Practitioner because I was scheduled to see someone else in the infirmary area and I requested to speak to the Nurse Practitioner and was allowed because I just recently had an EKG due to extreme chest pains but I was not on the list. The Nurse Practitioner ordered X-Rays that were taken on 2/8/24 but I still have not even gotten the results on that and, as previously stated, all my passes for Nurse Practitioner / Doctor have been cancelled. So I'm just suffering with no reprieve for the past 6 months. This is medical malpractice, deliberate indifference, negligence, failure to intervene, failure to protect, all of which are direct violations to my constitutional protections against cruel and unusual punishment and due process because I've written several requests and grievances about my pain and medical assistance requests that all have still been unanswered. I fear for my health and safety here at Menard C.C. and fear that I'm being retaliated against.

# Affidavit

I, Larry Johnson Maxidd, am declaring that as of today, 5/10/2 I have not received any medical attention and no other action has been taken on my behalf concerning the Excessive Force by Tact Team Officers on 10/10/23 at Menard Correctional Center on the Restrictive Housing Unit (RHU) yard #5 at around 2pm. I wrote 3 seperate grievances that all stemmed from this one incident.

Grievance #'s

#K4-1023-0914 regarding staff conduct/excessive force, dated 10/18/23

#K4-1023-0906 regarding staff conduct/excessive force and medical treatment, dated 10/18/23

#K4-1023-0916 regarding staff conduct/PREA allegations, dated 10/18/2

All grievances were marked "Emergency" by me but only Grievance #K4-1023-0916 was actually deemed an emergency and expedited on 10/26/23. Grievance #K4-1023-0914 (Grievance 1) and Grievance #K4-1023-090 (Grievance 2) were deemed non-emergency and forwarded for a first level response on 10/26/23. On 4/18/24 I submitted a request to the counselor inquiring about Grievance 1 and Grievance 2 amongst two other grievances. I was told that Grievance 1 was "answered and sent to me on 11/1/23 and I was waiting on a response from the Health Care Unit (HCU) for a response on Grievance 2. On 11/13/2 the Grievance Office received Grievance 1 for 2nd level Review. Since then I have not heard anything more about Grievance 1. I have not heard anything else on Grievance 2 either.

Some time in November 2023 I wrote the Governor's Office concerning the issues grieved in the above grievances and received

①

a response from the Governor's Office dated 12/4/23 concerning the issues outlined in my correspondence and was told a case was created for my request. Subsequently I received a Memorandum from Warden Anthony Wills dated 12/8/23 regarding my correspondence to the Governor's Office being forwarded to his office for handling.

I have also filed multiple other grievances regarding Health Care Services/Medical Treatment. These grievances are cited as references; Grievance #'s

#K4-1123-1482 dated 11/15/23 sent to the 1st Level Review on 11/20/23
#K4-1123-1593 dated 11/19/23 sent to the 1st Level Review on 11/29/23
#K4-1123-1772 dated 11/29/23 Deemed "Emergency" on 12/4/23
#K4-0324-1438 dated 2/17/24 sent to the 1st Level Review on 3/20/24
#K4-0424-1771 dated 4/10/24 sent to the 1st Level Review on 4/15/24

All of which was marked "Emergency" by me. After receiving a response for Grievance #K4-0324-1438 I gave it to my neighbor in cell 8-02 in RHU on or around 4/14/24 to drop in the grievance box for me because by time officer's bring the grievance box around I usually be asleep so I asked him to drop it in the grievance box for me. Our gallery c/o did not walk the grievance box on my gallery, 8 gallery, so my neighbor in 802 threw it over the gallery to the 6 gallery c/o so he can drop my grievance in the grievance box. My grievance has disappeared once again. This is not the first instance.

I attempted to drop this same grievance for the first time at least 3 times before 3/18/24. Every time I dropped it in the grievance box I never heard about it again. The only reason I was able to get this grievance to it's destination

②

is because I gave it to an MHP to submit for me. I actually had to submit Grievance #K4-0324-1469, dated 3/17/24 and sent to the 1st level Review on 3/20/24 through the same MHP because I feared that my grievance would disappear like the last one. Both of these grievances, #K4-0324-1438 and #K4-0324-1469 are grievances I filed after being assaulted and retaliated against with more Excessive Force. Grievance #K4-0324-1469 was the second time it occurred and due to my fear of the incident going unnoticed knowing how my grievances keep disappearing I declared a "Hunger Strike" so that it could be documented on 2/29/24. For some reason, I was given the same grievance #K4-0324-1469 for an IDR (Institutional Disiplinary Report) dated 3/17/24 and sent to the Grievance Officer on 3/21/24. This could genuinely be a mistake but I fear that it's a attempt to sabotage or destroy the grievance that was sent to the 1st level Review on 3/20/24. Seeing how other grievances have disappeared I have a perfectly good reason to fear that this grievance may go suspiciously missing also.

It has been about 7 months since the incident on 10/10/23 that led to all of the subsequent events. I have not received any medical attention for my pain and suffering and discomfort outside of blood draws and X-Ray's, one of which I have not heard the results back from 2/8/24. I've received two EKG's because of extreme chest pains on 11/24/23 and 2/1/24, on or around those dates, where I was taken out of my cell due to a medical emergency from having extreme chest pains.

③

Due to staff conduct my administrative remedies have become unavailable to me by actions of supervisors or grievance staff, with respect to particular grievances or grievants, by purposeful staff misconduct, by neglect or accident, or by events that are merely unexplained. It has been 7 months since my initial filing that marks the start of the process of me filing my 1983 civil suit.

All parties have failed to respond in an appropriate and reasonable time-frame and all administrative remedies are therefore declared exhausted for the purpose of filing a 1983 civil suit.

Being first duly sworn upon my oath depose and state that the above matters are both true and correct made upon personal knowledge and belief, and if called as a witness I am competent to testify

Subscribed and sworn to
before me on the 16 day
of ___May___, 2024

Respectfully submitted

x _____

_____
Notary Public

# State of Illinois - Department of Corrections

## Counseling Summary

|  |  |  |  |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 11/16/23 09:08:00:117 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-33 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #K4-1123-1482 marked emergency by the individual in custody regarding medical treatment staff conduct and transfer, dated 11/15/2023. Forwarded to CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 11/16/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 11/20/23 09:06:19:240 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-33 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Emergency grievance #K4-1123-1482 was deemed non-emergency by CAO. Grievance forwarded to Counselor for review at first level.

**Print Date** 11/20/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 11/22/23 10:45:40:317 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-33 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #K4-1123-1593 marked emergency by the individual in custody regarding medical/staff, dated 11/19/23. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 11/22/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 11/29/23 09:34:17:387 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-33 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Emergency grievance #K4-1123-1593 was deemed non-emergency by CAO. Grievance forwarded to Counselor for review at first level.

**Print Date** 11/29/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 11/30/23 14:57:23:220 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-33 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #K4-1123-1772 marked emergency by the individual in custody regarding medical negligence and treatment, emergency transfer, previous assault by staff dated 11/29/2023. Forwarded to CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 11/30/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 12/04/23 10:07:53:203 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-33 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Emergency grievance #K4-1123-1772 was deemed emergency by CAO. Forwarded to grievance officer for expedited grievance review.

**Print Date** 12/4/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/21/24 15:18:15:057 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-01 | **Staff** | LOYD, BETTY J., Office Associate |

Grievance office received grievance #K4-0324-1469 regarding IDR dated 3/17/2024. This grievance was forwarded to Grievance Officer for second level response.

**Print Date** 3/21/2024

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/21/24 15:18:15:057 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-01 | **Staff** | LOYD, BETTY J., Office Associate |

Emergency grievance #K4-0324-1469 (IDR) was deemed non-emergency by CAO. This grievance was forwarded to Grievance Officer for second level response.

**Print Date** 3/21/2024

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/20/24 11:53:45:503 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-01 | **Staff** | LOYD, BETTY J., Office Associate |

Grievance Office received grievance #K4-0324-1469 marked emergency by the individual in custody regarding retaliation/excessive force, institutional transfer-safety and video footage, dated 3/17/2024. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 3/20/2024

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/20/24 13:09:37:497 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-01 | **Staff** | LOYD, BETTY J., Office Associate |

Emergency grievance #K4-0324-1438 was deemed non-emergency by CAO. This grievance was forwarded to Grievance Officer for first level response.

**Print Date** 3/20/2024

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/18/24 14:39:46:070 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-01 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #K4-0324-1438 marked emergency by the individual in custody regarding staff conduct and medical treatment, dated 2/17/2024. Forwarded to CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 3/18/2024

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 04/15/24 15:25:12:017 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-01 | **Staff** | LOYD, BETTY J., Office Associate |

Emergency grievance #K4-0424-1771 was deemed non-emergency by CAO. Grievance forwarded to Counselor for review at first level.

**Print Date** 4/15/2024

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 04/11/24 10:08:26:727 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-08-01 | **Staff** | LOYD, BETTY J., Office Associate |

Grievance Office received grievance #K4-0424-1771 marked emergency by the individual in custody regarding medical treatment and transfer, dated 4/10/2024. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date  4/11/2024**

# Affidavit

I, Larry Johnson M22666, declare that as of today, 5/14/24, I am indigent and cannot afford to get copies of any grievances because Menard C.C.'s Records Office and Grievance Office has a price on such copies that I cannot afford. I've sent request slips and signed money vouchers so that the copies' deduction can be added to my inmate account but have gotten no response since they were sent at some time within the last 3 weeks.

Being first duly sworn upon my oath depose and state that the above matters are both true and correct made upon personal knowledge and belief, and if called as a witness I am competent to testify.

Subscribed and sworn to before me on the 16 day of May, 2024

Larry Johnson M22666

_____
Notary Public

Date: 4/18/24

FROM: Larry Johnson M226661   N° 801

Request: I am requesting an update on the following grievances:

① #K4-1023-0914 ~~~~~ Answered & sent to you on 11/11/23

② #K4-1023-0906 waiting on response from ~~~~~~~~~~~~~~~~~~~~~~~~~~~~

③ #K4-1123-140( waiting on response from mental health ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In addition, I'm requesting a copy of the following grievance:

① #K4-0324-1438 with the counselor's response.

Is it at second Please + thank you. God Bless.

/v/ was answered on 3/29/24

and returned to you. If you
want a copy you will need to                   Respectfully,
write Records office w/a money voucher         Larry Johnson
for this request.                              M226661

To: Grievance Office                                    Date: 4/25/24

FROM: Larry Johnson M22601   N° 801

Request: I need a copy of the following grievances and a status update:

   ① #K4-1023-0914, Sent 2nd level (should be on second level)

   ② #K4-0324-1438, orig 2nd level (need a copy w/counselor's response for 2nd level review)

2 copies each

   Please + thank you. God Bless.

                Respectfully,

                Larry John

                N22601

Printed on Recycled Paper                              DOC 0296 (Rev. 8/2021)

Authorization for Payment

Posting Document # _____     Date __4/25/24__

Individual in
Custody Name __Larry Johnson__     ID# __M22ldol__   Housing Unit __N2 8ol__

Pay to _____

   Address _____

   City, State, Zip _____

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of __2   Grievance Copies   each_____

☐ I hereby authorize payment of postage for the attached mail.   ☑ I hereby request information on electronic
                                                                    funds transfers to be placed in the attached mail.

Individual in Custody Signature __Larry John__     ID# __M22ldol__

Witness Signature _____

☐ Approved  ☐ Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _____ cents.

Distribution:  Business Office, Individual in Custody, Mail Room         *Printed on Recycled Paper*         DOC 0296 (Rev. 8/2021)

# State of Illinois - Department of Corrections

## Counseling Summary

|  |  |
|---|---|
| **IDOC #** M22661 | **Counseling Date** 04/26/24 15:27:28:440 |
| **Offender Name** JOHNSON, LARRY | **Type** Collateral |
| **Current Admit Date** 11/16/2017 | **Method** Grievance |
| **MSR Date** 08/28/2093 | **Location** MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** N2-08-01 | **Staff** LOYD, BETTY J., Office Associate |

Received kite dated 4/25/2024 requesting copies of grievance K4-1023-0914 and K4-0324-1438.
Grievance K4-1023-0914 is still pending second level review.  Grievance K4-0324-1438 was answered
and returned 4/1/2024.  Submit original grievance for 2nd level review.

Recieved 5/14/24

M22661

**Print Date** 4/26/2024

## Affidavit

I, Larry Johnson Maaddi, declare that I have attached additional unnotarized Affidavits from numerous Individuals In custody. These documents are not notarized because when they were written there was fear that it would not be notarized during their individual segregation stay periods as some were released from segregation (Restrictive Housing) to general population and at least one released from IDOC custody before notary's could be obtained. But all are willing to come testify to the facts stated in their individual affidavits if called to testify. This has been made known to me during the times these documents were produced and subsequently sent to me by each individual. There is a grievance that I wrote and had multiple Individuals in custody and signed by those Individuals for the same purpose and these Individuals are willing to testify to the facts stated in that affidavit to the best of their knowledge also as they were not able to obtain individual affidavits for similar reasons stated above.

Being first duly sworn upon my oath depose and state that the above matters are both true and correct made upon personal knowledge and belief, and if called as a witness I am competent to testify.

_Larry J. Lu_ Maaddi

Subscribed and sworn to before me on the 16 day of May , 2024

STATE OF ILLINOIS }
COUNTY OF RANDOLPH } SS

# AFFIDAVIT

My name is Ike Larry Jr, Individual In Custody #Y37253 here in Menard Correctional Center, housed in North 2 Segregation on 4 Gallery, cell #44. I write this affidavit on behalf of Larry Johnson, Individual In Custody here at Menard Correctional Center, #M22661.

On 10/10/23 at Menard Correctional Center, housed in North 2 segregation on 4 Gallery, cell #44, where I have a view of the Restrictive Housing Yard. Larry Johnson #M22661 and other Individual In Custody were being extracted by several Tactical Team Members at around 2:00 PM. During the extraction I saw the Tactical Team members spray the Individuals In Custody with the Isprajet mace gun and shoot them with the peperball gun. The Tacticle Team then went into the yard and began hitting the Individuals In Custody with their batons/sticks and ████ striking them with their hands and knees relentlesely even when they where all ganged upon on the ground by The Tacticle Team. The Tacticle Team still attacked the Individuals In Custody after they where in cuffs and shackles, and hitting them with batons/sticks. The Tacticle Team then removed the Individuals In Custody from the Restrictive Housing Yard.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C 1746. 18 U.S.C 1621 or 735 ILCS/5/1-109. I Ike Larry Jr # Y37253. I declare under Penalty of Perjury, that I am a witness of this above action. That I've read the above documents and that the Information contained therein is true and correct to the best of My Knowledge and belief.

DATE: 10/12/23

/s/ Ike Larry Jr
Ike Larry Jr # Y37253
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

# Affidavit

I, Ronald Johnson #Y48198, being first Duly sworn upon my oath depose and State That the following matters are Both true and correct. made upon personal knowledge and Belief, and If called as a witness, I am competent to testify.

On 10/10/23 at Menard C.C. I was Housed In north 2 Restrictive Housing on 8 gallery where I Have clear view of the north 2 Restrictive Housing yard. On the above Date I witnessed Larry Johnson #M-22661, De'Avonte Cain #M-29904, and Kendall Hopkins #B-89234 Be extracted off the yard. During the extraction the extraction tactical team members were Punching the Individuals in custody with closed fist In there face's, and Body. They were also kicking and Hitting the Individuals with Baton's even after the Individuals was Detained They were still sprayed with mace and Beatened while In Restraints. After the comotion ceased Individuals in custody was Removed from the yard.

I Declare under penalty and perjury this Statement Is True!

X Ronald Johnson #Y-48198

X Ronald Johnson #Y-48198

10/26/23

# Affidavit

I committed Person of this "Affidavit" sworn upon my oath to Bare witness 3 Individuals on N² Temparary Houseing Yard, On 10/10/23. From my Sell By witness Tact team, From 8 gallery N² 809. Name N²: Larry Johnson # → M-22661, De'Avonte Cain # M-29904, Kendall Hotkins # B-89234. An Correctional center of Menard.

I witness tact team on the Approximatly time At 2:00PM of the Above Date, Repeated Maist, Beat, kick, Punched & Beat Repeatedly with Baton As A Hand Maid wepon. These 3 Individual Inmates of Menard Correctional Center Those 3 Individuals was Not Armed An At the time known to Be Dangerous of No kind, No weapons was Recavred from these 3 Individuals to consider them. to Be A treat to Be Beaten, kicked, Punched An Any Assresive forth of such kind.

Evan After these Individuals was Restricted & Cuffed, an All Commotion Ceased By tact team, they was Not Allowed to Be A threat of Any kind, they was still kicked, Beating, Punched-Etc by tact team In treated with un humanly Rights As A Non treated Person of Corrections while being Removed from Temtary Houseing Yard.

I thee committed Person Of this Affidavit Agree An Bare witness to Every thing I've have testified thereto upon oath of I statement.

Quintin Fraucis. F

M43169

10/26/2023

## Affidavit

I, __Individuals In Custody__, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto.

On 10/10/23 at Menard Correctional Center I was housed in the North 2 Restrictive Housing Unit on 8 gallery where I have a clear view of the North 2 Restrictive Housing yard. On the date stated I witnessed three Individuals in Custody, one being Larry Johnson M22666l, being extracted by several Tactical Team members at around 2pm. During the extraction I saw the Tact Team members punching the Individuals in custody with closed fists about the face, head and body, and kicking and hitting with the batons, the three individuals in custody, even after the individuals in custody was sprayed by the Isprajet, shot with multiple pepperballs and sprayed with multiple cans of mace. Even after the individuals in custody were restrained with cuffs and shackles on the ground I witnessed the Tact Team members punching and kicking the individuals in custody, even hitting them with the baton. Once the commotion ceased, the Tact Team members removed the three individuals in custody from the Restrictive Housing yard.

I declare under penalty of perjury this statement is true.

Signed on October 26th, 2023

① 

✓ DARNELL POLK M04867
X Tyrese K Watson - R2636
Reginald Pritchett - S14294
Quonterace Dozier - Y46576
Chappel Craigen m25917
Tyrese Gipson - Y53786
BRIAN KELLER - M241554

STATE OF ILLINOIS )
                  ) SS
COUNTY OF RANDOLPH )

## Affidavit

I Vashaun Williams # K71662, am writing This affidavit on behalf of Johnson Cell # 243, On around 2-3-2024 at breakfast time, I was housed in The Restrictive Housing Unit in cell # 245 and heard c/o Williamson at Cell 243 tell him to turn his light on, and to This I heard Johnson Say," I am at The door, I want my Trey, The Rule book doesn't Say I have to turn my light on to get my Food," to This c/o Williamson responded Turn your light on or you aint getting fed, all you do is Catch 107's anyway, let me See, to This inmate Johnson Said "what you Just Say?, and c/o Williamson Said you heard me, Then I heard inmate Johnson Say get me A Sgt. or A LT. your Engaging in Homosexual Activity, and as This was going on, Sgt Levey was walking 4 gallery and multiple inmates Started hollering for The Sgt. So inmate Johnson Could talk to him, So after A time, Sgt levey went to # 243, and talked to inmate Johnson. If Called to testify, I would State The Same Thing According to 735 ILCS 5/109-1 under penalty of perjury This

is true and exact to The best of my Knowledge And Recollection.

Vashaun Williams
#K71662
711 Kas Kaskia
Menard, IL
62259

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF _____    )

## AFFIDAVIT

I, _Mr. Andrew McKissick_ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

On or about 4/14/24 I Mr. McKissick was house in R-Hu Menard C.C North #2 802 Mr. Larry Johnson Requested if I'm going to be up for the Grievance Box And if is can I make sure the Grievances Mr Johnson was filling was places in the Box. I inform Him I would 8-Gallery staff member Didn't walk the Grievances Box That Night, But 6 Gallery officer did asign officer E. Around 18:15 pm I Andrew McKissick Called Officer E. And Request on My Grievances And Mr. Johnson Be places in the Box Officer E. Told me to throw the Grievance over for He will put them in the Box. I Never Heard Anything Back from My Grievance saying it was fill. I Have asked officer E. Why He didn't Place me And Mr. Johnson Grievance in the Grievance Box.

As I write this Affidavit let it Be known that officers Hear Say they can only Put the Grievances in the Box. But when staff Do You Recieve A summary Back showing the Grievance was Filled. I Didn't With these Grievances

Subscribed and sworn to
before me on the ___ day
of _____

Respectfully submitted,

_Andrew McKissick_

_____
NOTARY PUBLIC

**Inmate Id:** M22661

**Ret Form Ind:**

**Name:** JOHNSON, LARRY

**Modify Ind:**

**Chair Code:** JOLO

**Deny Ind:**

**Grv Type:** L

**Favorable Ind:**

**Grv Code:** PRIVILEGES

**Deferred Ind:**

**Receive Date:** 04/24/2024

**Moot Ind:**

**Hearing Date:** 00/00/0000

**Resolved Ind:**

**Mailing Date:** 00/00/0000

**Grievance Number:** K411231481

**Grv Loc:** MENARD CC

**Incident Number:**

**Hearing Loc:** MENARD CC

**Incident Date:** 00/00/0000

**Incident Inst:**

**Date Receipted:** 04/30/2024

**Comments:** GRV# K4-1123-1481, GRV DTD 11/15/23. GRVS YARD FOR RESTRICTIVE HOUSING BEING CANCELLED ON 11/6, 11/13 & 11/14/23 FOR NO REASON

**Inmate Id:** M22661     **Ret Form Ind:** [ ]

**Name:** JOHNSON, LARRY     **Modify Ind:** [ ]

**Chair Code:** JOLO [ ]     **Deny Ind:** [ ]

**Grv Type:** L [ ]     **Favorable Ind:** [ ]

**Grv Code:** CONDITIONS [ ]     **Deferred Ind:** [ ]

**Receive Date:** 04/24/2024     **Moot Ind:** [ ]

**Hearing Date:** 00/00/0000     **Resolved Ind:** [ ]

**Mailing Date:** 00/00/0000     **Grievance Number:** K411231239

**Grv Loc:** MENARD CC     **Incident Number:** [ ]

**Hearing Loc:** MENARD CC     **Incident Date:** 00/00/0000

**Incident Inst:** [ ]

**Date Receipted:** 04/30/2024

**Comments:** GRV# K4-1123-1239, GRV DTD 10/30/23. GRVS RUST, DUST, MOLD IN TUNNELS, VENTS, TOILETS AND SINKS, LOW HOT WATER PRESSURE, WATER DRIPPING FROM BUTTON ON TOILET. ALSO ALLEGES STAFF IS MESSING WITH MAIL, COLD IN CELLS

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Individual in Custody Name:** JOHNSON                                    LARRY                                              M2266
　　　　　　　　　　　　　　　　Last Name　　　　　　　　　　　　　　　　First Name　　　　　　　　　　MI　　　ID#

**Facility:** MENARD

☒ Grievance: Facility Grievance # (if applicable) K4-0324-1439    Dated: 3/11/2024    or ☐ Correspondence: Dated: _____

Received: 4/24/2024    Regarding: MEDICAL: LACK OF OPPORTUNITIES TO ATTEND MENTAL HEALTH GROUPS
　　　　　Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Individual in Custody's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Individual in Custody's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the individual in custody grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☒ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
　　　　　　　　　　　　　　　　　　　　　　Date

☐ No justification provided for additional consideration.

**Other** (specify): _____
_____

Completed by: Rebecca Riggs                                  _Rebecca Riggs_                          4/30/2024
　　　　　　　　Print Name                                              Signature                                    Date

Distribution:    Individual in Custody              *Printed on Recycled Paper*                    DOC 0070 (Rev. 9/2023)
                 Administrative Review Board

ILLINOIS DEPARTMENT OF CORRECTIONS
## Laboratory and Radiology Summary

Menard Correctional Center
Facility

Date: 10/10/23

Offender/Patient Name: Johnson, Larry

Offender ID Number: M22661

Housing Unit: ~~N2 6:03~~ ~~A2 5 2~~ N² 6 33

The following checked results were found to be normal or stable by Crane , MD. NP

Laboratory completed:

Radiology completed: 9/28/23 (R)Arm

3.8  N2-2-06

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _Cain_                                    2nd Lvl rec: _____

| Date: 10-29-23 | Offender (please print): DeA'vonte Cain | ID #: M29904 | Race (optional): AA |
|---|---|---|---|

MEN NOV 01 2023

| Present Facility: Menard C.C | Facility where grievance issue occurred: Menard C.C |
|---|---|

**Nature of grievance:**

K4-1023-1131

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Excessive Force
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____    Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

On 10/10/23 at around 2pm in Menard Correctional Center on North 2 Restrictive Housing Yard #5, I was extracted with excessive force by several Tactical Team Members. I was first sprayed by the Isprajet, then shot multiple times by pepperballs, sprayed with several cans of mace then attacked by Tactical Team Members by way of punching with closed fists, and kicking and hit with the baton about the head and body. Once I was tackled to the ground and placed in shackles, Tactical Team Members begin choking me with baton and Tactical Team Member place the baton on the back

[x] Continued on reve

**Relief Requested:**

I am requesting the camera recording form this incident on 10/10/23 2pm to 3p.m to be saved and sent to springfield. I am requesting an immediate emergency transfer out of Menard C.C and immediate and equal medical attention for my injuries. I am requesting that all parties involved be held accountable and removed from their official capacity as staff at Menard C.C or any other institution. I am requesting to not be retaliated against for grieving this issue. I am also requesting compensation for punitive damages and I will be seeking civil action.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

| _DeAvonte Cain_ | _M29904_ | _10-29-23_ |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 10-30-23    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: IA Examined The Video footage and deemed The allegations TO Be False.

| _L. Phelps_ | _(signature)_ | _11-14-23_ |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance offi

MEN OCT 10 2023

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Staff Condu Re Excessive Force

| _(signature)_ | _10/31/23_ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution. Master File, Offender    Page 1 of 2    DOC 0046 (Rev. 01/20)

Assigned Grievance #/Institution _____    Housing Unit *N2-206*    Bed # _____

1st Lvl rec: _____    **ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**    2nd Lvl rec: _____

of my jumpsuit area towards my analhole and forcefully ^push in twice. Once the situation was contained I was forcefully lifted to my feet and one officer even pulled my hair very aggressively and walked into the North 2 infirmary where I was put inside on interview room and cuffed to the floor. As I was sitting on the stool, cuffed, shackle and cuffed to the floor, Tact Team members entered the room and punched me with closed fists and spraying me with mace. Then a nurse entered the room and took my blood pressure and left the room even after several plea's by my for medical attention due to the injuries I suffered as a result of the excessive force by the Tact Team members. I had blood in my mouth, body " back and was covered in mace and in excruciating pain which the nurse could ^visibly see the blood and open wounds and my complaints of pain and the nurse still did nothing. NoR did the Tact Team officers do anything to help. After speaking with mental health I was placed on crisis watch where I was stripped of all my clothing and given a smock where officers could clearly see all of the wounds and blood but still did not help me get any medical attention I was then placed in a crisis watch cell. I still have not recieved any medical attention after many requests and I am still in excruciating pain from the beating and excessive force from Tactical Team Members. All parties involved are guilty of negligence, deliberate indifference, failure to protect, and failure to intervene. This is a direct violation of my due process, and my protections from cruel and unusual punishment of my 8th and 14th amendment. I live in constant fear for my life and im suffering from PTSD because I believe that I will be attacked by Tact Team members again and killed because I know that officers at Menard Correctional Center are known for killing people. I feel I will die as a direct result of retaliation from staff in Menard C.C.

1.) Medical Staff fail and refuse to document the full nature of my physical injuries occurred to me on 10/10/23.

2.) I ask I/A and they fail and refuse to document and preserve the physical evidence of my injuries on 10/11/23.

3.) Thus invidlation of I.D.O.C., A.D, Codes (A.D.01.12.112) and other laws the I/A refuse to take pictures of my back injuries.

4.) The failure and refuse to take pictures of my physical evidence and preserve such, is causing I.D.O.C. and myself being unable to present thus evidence to the courts and A.R.B grievance proceedings, and also can cause a dispute by staff forget my exact nature of my injuries.

5.) Therefore I need pictures taken to preserve this evidence. Giving notice to here in to do so for litigation purposes.

6.) To allow this physical evidence to be destroyed is a abuse of authority and law violations.

7.) I have no other way to preserve this physical evidence of my back and injuries. Due to this incident being investigated, I/A had a duty to take pictures to prevent disputes, see (Bevier V. Hucal 806 F.2d 123, 127 (7CIR)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Laboratory and Radiology Summary

<u>Menard Correctional Center</u>
Facility

Date: 2/07/224

Offender/Patient Name: Johnson, Larry

Offender ID Number: M22661

Housing Unit: N2  2:43

The following checked results were found to be normal or stable by ___Moldenhauer___, MD./NP

Laboratory completed: _____

Radiology completed: 2/06/24

Distribution:    **Offender Medical Record**
                 **Offender**

*Printed on Recycled Paper*

DOC 0510 (Eff 9/2016)

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 08/21/23 14:51:29:650 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-03 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #517-8-23 marked emergency by the individual in custody regarding unsafe living conditions, dated 8/20/2023. Forwarded to CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 8/21/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 08/31/23 14:07:56:720 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-03 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance office received grievance #517-8-23 from the individual in custody regarding unsafe living conditions, dated 8/20/2023 previously deemed non-emergency. Forwarded to Clinical Services for Counselor's response.

**Print Date** 8/31/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 08/01/23 13:59:02:350 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-06-03 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance office received grievance #25-8-23 dated 7/28/2023 for ODR 6/2/2023. Forwarded to grievance officer for response.

**Print Date  8/1/2023**

N2-6-03

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 08/01/2023 | Date of Review: 09/27/2023 | Grievance #: 25-8-23 |
| Individual in Custody Name: JOHNSON, LARRY | | ID#: M22661 |

**Nature of Grievance:**

Disciplinary Report dated 06/02/2023 #202301060/1-MEN for 107 Sexual Misconduct.

**Facts Reviewed:**

Individual in custody submitted a grievance dated regarding the above disciplinary report. He is grieving the following:
• Never serve a copy of his ticket. Thus, not able to form a defense.
• Allegedly served ticket prior to it being written.
• Adjustment aware of discrepancy noted above and still found grievant guilty.

Relief Requested: I am requesting that this ticket and all punishment from it be deleted and expunged. I am also requesting that the camera footage be retained to show that I was never served a copy of this ticket, I am also requesting a transfer from this facility to avoid anything like this happening again and to avoid retaliation.

Grievance Office reviewed on 09/27/2023:
• No corroborating video footage from requested date to preserve.
• Ticket was written on 06/02/2023 @ 10:30 AM and served on 06/02/2023 @ 8:25 PM in which the ticket is marked the individual refused to sign.
• A review of grievant's disciplinary history reflects approximately 17 charges of 107 Sexual Misconduct with findings of guilt.
• Individual does not meet the criteria at this time due to his maximum security status to request a transfer per AD 05.06.112.

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED. Disciplinary action shall remain as imposed.

| Sara McClure - Menard Correctional Center | Sara McClure | Digitally signed by Sara McClure Date: 2023.09.27 10:32:00 -05'00' |
|---|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature | |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: MEN SEP 28 2023 | ☑ I concur    ☐ I do not concur    ☐ Remand | |
| Action Taken: | | |
| | Chief Administrative Officer's Signature | 9 29 23 Date |

**Individual in Custody's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| Individual in Custody's Signature | ID# | Date |
|---|---|---|

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)

Ticket written on and served on 06/02/2023, within 8 day time criteria DR 504.

The hearing was conducted on 06/09/2023, within 14 day time criteria per DR 504.
-Individual in custody was permitted to make statements in his defense and offender plead NOT GUILTY.

The Adjustment Committee found him GUILTY in the charge and was given 3 months C grade and 6 months RHU.
-In adherence to Dr 504 Maximum Penalty criteria and/or AD 05.15.100 Progressive Discipline.

Per Offender 360, individual was NOT SMI at time of ticket and disciplinary report was marked accordingly.

Nº 603

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender's Grievance

| 1st Lvl rec: | | | | 2nd Lvl rec: |
|---|---|---|---|---|

| Date: | Offender (please print): | ID #: | | Race (optional): |
|---|---|---|---|---|
| 7/28/23 | Larry Johnson | N33666 | | |

| Present Facility: | Facility where grievance issue occurred: |
|---|---|
| Menard Correctional Center | Menard Correctional Center |

**Nature of grievance:**

25-8-23 Men

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Transfer Denial by Facility
- [ ] Other (specify): _____
- [x] Disciplinary Report    6/2/23    Menard Correction **RECEIVED**
  Date of report    Facility where issued

**AUG 01 2023**
**MENARD CC**
**GRIEVANCE OFFICE**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and send to the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

I am grieving the fact that on 7/21/23 I was served a copy of a final summary report from the Adjustment Committee regarding a ticket written on 6/2/23 that I heard in front of the Adjustment Committee on 6/9/23 that I was never served a copy of. I was not aware that I received a ticket nor was I able to form a defense because I was never served a copy of the ticket. I told the Lieutenant on the Adjustment Committee and his response was "well we're hearing it today."

[x] Continued on reverse

**Relief Requested:**

I am requesting that this ticket and all punishment from it be deleted and expunged. I am also requesting that the camera footage be retained to show that I was never served a copy of this ticket. I am also requesting a transfer from this facility to avoid anything like this happening again and to avoid retaliation.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

| Larry Johnson | N33666 | 7/28/23 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

3B ODR 6/2/2023

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| _____ | _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Page 1 of 2

Assigned Grievance #/Institution _____

Housing Unit: Nº 603  Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender's Grievance

1st Lvl rec: _____          2nd Lvl rec: _____

When he started reading the ticket to me I noticed that the Lieutenant mentioned that I was served a copy of the ticket on 6/2/23 at or around 8:30am. This is impossible and a falisfied document because the Lieutenant also mentioned that the incident occurred at or around 11:00 am on 6/2/23. How is it possible to be served a ticket before It's even written or before an incident even occur. The Adjustment Committee was aware of this discrepancy but did nothing to intervene, but found me guilty on a ticket I had no knowledge of until I went in front of the Adjustment Committee. This is a violation of my due process and a violation of the DR 504.30 subsection (E). By knowing this violation occurred by my admonishing the Lieutenant Adjustment Committee, the Adjustment Committee (Lieutenant showed deliberate indiference and failed at his duty to respond in his proffesional capacity.

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 06/01/23 10:16:21:373 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #9-6-23 marked emergency by the individual in custody regarding sick call denial (medical, optical and dental), dated 5/31/2023. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 6/1/2023

**N2-6-03**

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 06/05/2023 | Date of Review: 06/05/2023 | Grievance #: 9-6-23 |
| Individual in Custody Name: Johnson, Larry | | ID#: M22661 |

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Individual in custody submitted a grievance dated 5/31/2023. He grieves he has sent 30 request slips for nurse sick call for lower back pain and is being denied medical treatment.

Relief Requested: "I am requesting immediate health care treatment for all issues stated. I am also requesting a transfer from this facility because I fear further retaliation because of my issues grieved."

The grievance was forwarded to the Health Care Unit for review on 6/5/2023.

Please see attached memo dated 8/22/2023 from Connie Dolce, MSN, RN, DON regarding her review of the grievance issues. This office finds that the issue was appropriately addressed.

If an appeal of this grievance is forwarded to the ARB, the attached memo must accompany the grievance response.

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is DENIED. The allegations cannot be substantiated.

| Kelly Pierce, Corrections Clerk III - Menard Correctional Center | *Kelly Pierce* |
|---|---|
| Print Grievance Officer's Name | Grievance Officer's Signature |

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: MEN SEP 28 2023 | ☒ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

| _____ | 9-29-23 |
|---|---|
| Chief Administrative Officer's Signature | Date |

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

| _____ | _____ | _____ |
|---|---|---|
| Individual in Custody's Signature | ID# | Date |

Assigned Grievance #/Institution: _____   Housing Unit: NP 329   Bed #: _____

**JUN 0 1 2023**

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: 5/31/23 | Offender (please print): Larry Johnson | ID #: M32606l | Race (optional): |

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |

9-6-23 Men

**RECEIVED**
**JUN 0 5 2023**
**MENARD CC**
**GRIEVANCE OFFICE**

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

> **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
> **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
> **Chief Administrative Officer,** only if EMERGENCY grievance
> **Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am grieving the fact that I am being denied medical treatment at Menard Correctional Center. I have dropped about a combined total of 30 request slips for Nurse Sick Call for pain in my lower back, left hand and right hand and arm, Eye Doctor for my keratoconus, and the Dentist for a cleaning. I have not been called for any of these requests between the months of March 2023 - May 2023. I fear that I'm being targeted for retaliation because of a grievance I

[x] Continued on reverse

**Relief Requested:**

I am requesting immediate health care treatment for all issues stated. I am also requesting a transfer from this facility because I fear further retaliation because of my issues grieved.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is NOT an emergency grievance.

_Larry John_ Offender's Signature    M32606l ID#    5/31/23 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

_____

Print Counselor's Name _____ Sign Counselor's Name _____ Date _____

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 6-2-23

Is this determined to be of an emergency nature:

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature   6-2-23 Date

Distribution: Master File; Offender    Page 1 of 2    DOC 0046 (Rev. 01/2020)

11A Sick call denial, (medical, optical & dental)

Assigned Grievance #/Institution: _____

Housing Unit: NR329    Bed #: _____

1st Lvl rec: _____

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

2nd Lvl rec: _____

Filed on one of the nurses, I am still in pain currently, still need to see the eye doctor and still need only teeth cleaned. This is a violation of my constitutional rights to adequate health care and is clear cruel and unusual punishment and obvious retaliation. This is also a clear show of deliberate indifference.

9-6-23





JB Pritzker
Governor

Latoya Hughes
Acting Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# MEMORANDUM

DATE:    August 22, 2023

TO:    Kelly Pierce, Grievance Office

FROM:    Connie Dolce, MSN,RN, DON

SUBJECT: Johnson, Larry M22661 Emergency Medical Grievance #9-6-23

I am in receipt of Individual Larry Johnson M22661 medical grievance #9-6-23 regarding medical treatment. Individual grieves he has sent 30 request slips for nurse sick call for lower back pain and is being denied medical treatment. After review of the individual's medical record, one request was received on 7/19/23 for hand and back pain. He was seen by NSC on 7/21/23 and was referred to the NP call line due to requesting an increase in Neurontin. Mr. Johnson has been referred and will be scheduled accordingly. The individual's medical record does not substantiate the claims.

Connie Dolce, MSN, RN, DON

Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 05/23/23 10:03:03:400 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #402-5-23 marked emergency by the individual in custody regarding medical furloughs, dated 5/22/23. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 5/23/2023

# State of Illinois - Department of Corrections

## Counseling Summary

|  |  |  |  |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 05/26/23 08:26:29:493 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance office received grievance #402-5-23 from the individual in custody regarding med furloughs, dated 5/22/2023 previously deemed non-emergency. Forwarded to Clinical Services for Counselor's response.

**Print Date** 5/26/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 04/17/23 11:58:38:090 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #236-4-23 regarding conditions-light dated 4/13/23. Forwarded to Clinical Services for Counselor's response.

**Print Date** 4/17/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 05/02/23 09:34:18:510 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #236-4-23 (2nd Level Review) regarding conditions/light, dated 4/13/2023.

**Print Date** 5/2/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 04/17/23 11:59:00:880 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #237-4-23 regarding yard(pink tag) dated 4/13/23. Forwarded to
Clinical Services for Counselor's response.

**Print Date  4/17/2023**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 05/02/23 09:35:02:410 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #237-4-23(2nd Level Review) regarding yard/pink tag status, dated 4/13/2023.

**Print Date  5/2/2023**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/03/23 09:41:45:707 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #46-3-23 marked emergency by the individual in custody regarding RH policies-phone, mail, tablet, dated 3/1/23. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 3/3/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/08/23 10:07:15:377 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance office received grievance #46-3-23 from the individual in custody regarding RH policies-phone, mail,tablet, dated 3/1/23 previously deemed non-emergency. Forwarded to Clinical Services for Counselor's response.

**Print Date** 3/8/2023

# State of Illinois - Department of Corrections

# Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/16/23 09:53:47:527 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #46-3-23 (2nd Level Review) regarding RH policies-phone, mail tablet, dated 3/1/23.

**Print Date** 3/16/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/15/23 13:15:00:213 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #232-3-23 marked emergency by the individual in custody regarding ODR 1/26/23, dated 3/13/23. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 3/15/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/20/23 11:21:12:677 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance office received grievance #232-3-23 from the individual in custody regarding ODR 1/26/23, dated 3/13/23 previously deemed non-emergency. Forwarded to Grievance Officer for a response.

**Print Date  3/20/2023**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** JOHNSON, LARRY           **IDOC Number:** M22661           **Race:** BLK

**Hearing Date/Time:** 2/1/2023  08:15 AM    **Living Unit:** MEN-N2-03-29    **Orientation Status:** N/A

**Incident Number:** 202300159/1 - MEN        **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 1/26/2023 | 202300159/1-MEN | CHOATE, AMANDA | NORTH 2 CELLHOUSE | 02:15 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 107 | Sexual Misconduct<br>*Comments:masturbating* | Guilty |
| 215 | Disobeying a Direct Order Essential to Safety and | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS

- Individual in Custody Johnson, Larry M22661 appeared before the committee for charges and plead not guilty stating "Was not even at the front of the cell."

## BASIS FOR DECISION

Based on the observation of the reporting employee, this LPN was on 3 Gallery in the North 2 Cell House conducting a routine med pass. I was stopped by Individual in Custody Johnson, Larry M22661(the sole occupant of Cell 3-29). Johnson was standing at the cell front with his penis in his hand and was masturbating, while making direct eye contact with me. I asked Johnson to stop his actions and that they were unwanted, to which he refused to comply. I was escorted off the gallery by security staff. Individual in Custody Johnson, Larry M22661 was identified by State Issued ID and O360.
- Committee finds Individual in Custody guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
- Individual in Custody Johnson, Larry M22661 has a history that includes multiple citations for same charge on 1/10/23, 10/1/22, 8/28/22, 3/3/22.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 3 Months C Grade | 3 Months C Grade |
| 5 Months Segregation | 5 Months Segregation |
| **Basis for Discipline:**Nature of Offense | |

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|--|-----------|------|------|
| SCHOENBECK, JOSHUA A  - Chair Person | *[signature]* | 02/01/23 | WHI |
| JONES, ANTHONY B | *[signature]* | 02/01/23 | BLK |

Recommended Action Approved

**Final Comments:** N/A

# STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** JOHNSON, LARRY     **IDOC Number:** M22661     **Race:** BLK

**Hearing Date/Time:** 2/1/2023  08:15 AM     **Living Unit:** MEN-N2-03-29     **Orientation Status:** N/A

**Incident Number:** 202300159/1 - MEN     **Status:** Final

---

ANTHONY D WILLS / ADW  2/22/2023          02/22/23

**Chief Administrative Officer**       **Signature**        **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

3·3·23

**Employee Serving Copy to Committed Person**     **When Served -- Date and Time**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** JOHNSON, LARRY     **IDOC Number:** M22661     **Race:** BLK

**Hearing Date/Time:** 2/1/2023  08:15 AM     **Living Unit:** MEN-N2-06-33     **Orientation Status:** N/A

**Incident Number:** 202300159/2 - MEN     **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 1/26/2023 | 202300159/1-MEN | CHOATE, AMANDA | NORTH 2 CELLHOUSE | 02:15 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 107 | Sexual Misconduct<br>*Comments:masturbating* | Guilty |
| 215 | Disobeying a Direct Order Essential to Safety and<br>Reduced to : 313 | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS

- Individual in Custody Johnson, Larry M22661 appeared before the committee for charges and plead not guilty stating "Was not even at the front of the cell."

***Reduced 215 to a 313 per ARB grievance # 232-3-23

## BASIS FOR DECISION

Based on the observation of the reporting employee, this LPN was on 3 Gallery in the North 2 Cell House conducting a routine med pass. I was stopped by Individual in Custody Johnson, Larry M22661(the sole occupant of Cell 3-29). Johnson was standing at the cell front with his penis in his hand and was masturbating, while making direct eye contact with me. I asked Johnson to stop his actions and that they were unwanted, to which he refused to comply. I was escorted off the gallery by security staff. Individual in Custody Johnson, Larry M22661 was identified by State Issued ID and O360.
- Committee finds Individual in Custody guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
- Individual in Custody Johnson, Larry M22661 has a history that includes multiple citations for same charge on 1/10/23, 10/1/22, 8/28/22, 3/3/22.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 5 Months Segregation | 5 Months Segregation |
| **Basis for Discipline:Nature of offense** | |

## Signatures
**Hearing Committee**

| | Signature | Date | Race |
|---|---|---|---|
| SCHOENBECK, JOSHUA A  - Chair Person | *[signature]* | 02/01/23 | WHI |
| JONES, ANTHONY B | *[signature]* | 02/01/23 | BLK |

Recommended Action Approved

**Final Comments:** N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** JOHNSON, LARRY | **IDOC Number:** M22661 | **Race:** BLK

**Hearing Date/Time:** 2/1/2023  08:15 AM | **Living Unit:** MEN-N2-06-33 | **Orientation Status:** N/A

**Incident Number:** 202300159/2 - MEN | **Status:** Final

---

ANTHONY D WILLS / ADW  10/27/2023

**Chief Administrative Officer**

_Wills_                              10/27/23

**Signature**                        **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

11/1/23  3p

**When Served - - Date and Time**

Just received through Institutional mail on 12/4/23 3-11p shift.

X _Larry Johnson_
M22661

Inmate Id: M22661

Ret Form Ind: [ ]

Name: JOHNSON, LARRY

Modify Ind: [ ]

Chair Code: JOLO

Deny Ind: [ ]

Grv Type: L

Favorable Ind: [ ]

Grv Code: DR

Deferred Ind: [ ]

Receive Date: 06/01/2023

Moot Ind: [ ]

Hearing Date: 00/00/0000

Grievance Number: 232-3-23

Mailing Date: 00/00/0000

Incident Number: 202300159

Grv Loc: MENARD CC

Incident Date: 01/26/2023

Hearing Loc: MENARD CC

Incident Inst: MENARD CC

Date Receipted: 06/06/2023

Comments: GRV# 232-3-23 & GRV DTD 3/13/23 GRVS DR# 202300159 RECEIVED ON 01/26/23

## State of Illinois - Department of Corrections

## Counseling Summary

| | | | | |
|---|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 03/13/23 09:07:35:093 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #299-12-22 (2nd Level Review) regarding optical-contacts, dated 12/28/22.

**Print Date** 3/13/2023

N2-6-3

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

Date Received: 06/20/2023   Date of Review: 06/20/2023   Grievance #: 273-6-23

Individual in Custody Name: Johnson, Larry   ID#: M22661

**Nature of Grievance:**

Eye concerns

**Facts Reviewed:**

Individual in custody submitted a grievance dated 6/12/2023 and grieves to have his prescription changed back to Clear Care contact solution and to be senet out to an offsite provider.

Relief Requested: "I am requesting that my prescription be charged back to clear care contact cleaning solution as it was. I am also requesting to be sent out on a medical writ to be seen about my eyes and medical condition and hard contact lenses. If I cannot be accommodated by my current facility, I am requesting a transfer to a facility that can administer the proper medical treatment I require. I also request not to be retaliated against for grieving this issue."

The grievance was forwarded to the the ADA Coordinator and the Eye Clinic for review on 6/20/2023.

On 6/15/2023 the Assistant ADA Coordinator advised that this issue did not require and ADA accommodation.

Please see attached memo dated 8/7/2023 from Ryan Sutterer, OD regarding his review of the grievance issues. This office finds that the issue was appropriately addressed.

If an appeal of this grievance is forwarded to the ARB, the attached memo must accompany the grievance response.

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance be RESOLVED. The issue is being addressed.

Kelly Pierce, Corrections Clerk III - Menard Correctional Center   **Kelly Pierce**   Digitally signed by Kelly Pierce Date: 2023.08.14 10:36:59 -05'00'
Print Grievance Officer's Name   Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: AUG 15 2023   ☑ I concur   ☐ I do not concur   ☐ Remand

Action Taken:

Chief Administrative Officer's Signature   8/16/23 Date

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature   ID#   Date

RECEIVED
JUN 1 5 2023

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

| Date: 6/12/23 | Offender (please print): Larry Johnson | ID #: M33606 | Race (optional): |
|---|---|---|---|
| Present Facility: Menard Correctional Center | | Facility where grievance issue occurred: Menard correctional Center | |

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☑ Medical Treatment    ☑ ADA Disability Accommodation  273-6-23
☑ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit  → No  Men
☐ Transfer Denial by Facility    ☐ Other (specify): _____
☐ Disciplinary Report

Date of report _____    Facility where issued _____

RECEIVED
JUN 20 2023
MENARD CC
GRIEVANCE OFFICE

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am grieving the fact that on 6/12/23 I figured out the source of my red eyes and irritation. I have been diagnosed with an eye condition called Keratoconus which requires me to have to wear hard contact lenses because without them I am legally blind. For a while I have been experiencing redness of the eyes and irritation and couldn't really understand why until I read the label on the contact cleaning solution prescribed to me at the present facility. I have originally been prescribed

☑ Continued on reve

**Relief Requested:**

I am requesting that my prescription be changed back to clear care contact cleaning solution as it was. I am also requesting to be sent out on a medical visit to be seen about my eyes and medical condition and hard contact lenses. If I cannot be accommodated by my current facility I am requesting a transfer to a facility that can administer the proper medical treatment I require. I also request not to be retaliated against for grieving this issue.

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_Larry John_ Offender's Signature    M33606 ID#    6/12/23 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
_____
_____
_____
_____
_____
_____

Print Counselor's Name _____    Sign Counselor's Name _____    Date _____

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office

**EMERGENCY REVIEW:**    Date Received: 6-2023

Is this determined to be of an emergency nature:
☑ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature    6-2023 Date

ILC pptical treatment contacts

Assigned Grievance #/Institution: _____

Housing Unit: N2635   Bed #: ___

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec: _____    2nd Lvl rec: _____

Clear Care Contact Cleaning Solution with Hydrogen Peroxide for hard (rigid gas permeable) contact lenses. For whatever reason the prescription was changed to Health Mart Hydrogen Peroxide Cleaning + Disinfecting Lense Care Systems for soft (hydrophillic) contact lenses replaced in 30 days or less. At first I didn't question it because it's cleaning solution and it comes with the barrel case that is used to clean the contact lenses just like my Clear Care prescription and is used the same way. But I became suspicious due to the recent complications of redress and irritation I've been experiencing, which made me check the label of the new prescribed solution. I was told by my doctor at Pontiac Family Eye Care to stay aware of these and any other symptoms and was also told to consult with my eye doctor before any changes were made to my prescriptions due to the sensitivity and rarity of my condition because not all solutions are meant to care for Keratoconus and hard contact lenses. This new prescription is actually hurting me. The hard contact lenses I currently have are the same ones prescribed to me in February of 2019 and I have not changed them. I was also told by my doctor at Pontiac Family Eye Care to be aware of any changes in my vision because there's a probability that the condition can get worse and it has. I've been seen about the advance in my condition at Menard C.C. and also Lawrence C.C. and has been on medical writs to eye doctors about the worsening of my condition. At my last visit to the eye doctor at the present facility I admonished the doctor about my last visit to the eye doctor at the outside agency when I was in Lawrence C.C. and told him that I was scheduled to go back out so I can receive another eye exam and receive a newer stronger prescription due to my eye sight getting worse over the years. In respect, my hard contact lenses are actually supposed to be changed yearly but since arriving at the present facility back in March of 2020 I have not received a new pair of hard contact lenses even at my several requests which is why I've been back and forth to the eye doctor on several different medical writs. I believe that my condition is not being taken serious and is show in it's deliberate indifference by medical staff at the present facility. I am afraid that I may lose my eye sight permanently if I'm not treated properly but the medical staff do not seem to care and I am afraid for my health. I also have not been sent back out on any medical writs about my condition even though the medical staff at my present facility have been admonished. This is cruel and unusual punishment that I'm being subjected to by medical staff at the present facility.

273-6-23

JB Pritzker
Governor



Rob Jeffreys
Director

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     August 7, 2023

TO:     Pierce, K- Grievance Office

FROM:     Dr. Ryan Sutterer

SUBJECT: Johnson, Larry M22661 Emergency Grievance 273-6-23

---

I am in receipt of Individual In Custody Johnson, Larry M22661 Emergency Grievance 273-6-23 regarding Optometry. Individual In Custody grieves to have his prescription changed back to Clear Care contact solution and to be sent out to an offsite provider. Mr. Johnson will be seen by our onsite provider to discuss further eye care options.

Ryan Sutterer, OD

Mission: *To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

N2-6-3

RECEIVED
MAY 23 2023

RECEIVED
MAY 2 6 2023

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:

2nd Lvl rec:

| Date: 5/22/23 | Offender (please print): Larry Johnson | ID #: N22661 | Race (optional): |
|---|---|---|---|

| Present Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |
|---|---|

402-5-23MEN

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____

- [x] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

_____ Date of report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa

Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor

Chief Administrative Officer, only if EMERGENCY grievance

Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying informatior each person involved):

I am grieving the fact that I arrived at Menard Correctional Center on 10/22/22 and since arriving I have not been receiving adequate medical treatment. I was scheduled to go to an outside agency about the medical condition in my eyes and the medical condition in my right hand and arm. I currently have hard contact lenses for my eyes that was supposed to be updated due to my vision and conditioning worsening over time and I am currently

[x] Continued on reve

**Relief Requested:**

I am requesting to be rescheduled for both of my medical appointments to the outside agencies as soon as possible. I also request that I not be retaliated against for grieving this issue for this was my last resort.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Offender's Signature | ID# N22661 | Date 5/22/23 |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 5/26/23    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

See Attached Memo's from Health Care and Eye Dr. —

| Print Counselor's Name S. Quick CCII | Sign Counselor's Name S. Quick CCII | Date 9/5/23 |
|---|---|---|

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance offi

**EMERGENCY REVIEW:**    Date Received: 5-24-23

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [x] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date 5-24-23 |
|---|---|

Distribution: Master File; Offender

Page 1 of 2

IID - Med Furloughs

DOC 0046 (Rev. 01/20)

Assigned Grievance #/Institution: _____  Housing Unit: Nº 329  Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

taking pain/nerve damage medication for the condition in my right hand and arm that was scheduled to be further consulted because I may need surgery. I have admonished the eye doctor about my issue and have been dropping request slips to nurse sick call and each to no avail. I have not been out to see the doctors at the outside agency and I need to as soon as possible.



JB Pritzker
Governor

Rob Jeffreys
Director

### The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL  62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:    June 20, 2023

TO:    Quick, Sara- Counselor

FROM:    Dr. Ryan Sutterer, OD

SUBJECT: Johnson, Larry M22661 Emergency Grievance 402-5-23

I am in receipt of Individual In Custody Johnson, Larry M22661 Emergency Grievance 402-5-23 regarding Optometry. Individual in Custody grieves he would like proper medical treatment for his eye's. Mr. Johnson will be scheduled with Dr. Sutterer to discuss being sent out to an outside provider.

Dr. Ryan Sutterer, OD

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



**JB Pritzker**
**Governor**

**Latoya Hughes**
**Acting Director**

## The Illinois Department of Corrections

Menard Correctional Center
711 Kaskaskia Street • Menard, IL 62259 • (618) 826-5071 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     August 31, 2023

TO:       Sara Quick, Correctional Counselor II

FROM:     Connie Dolce, MSN,RN, DON

SUBJECT: Johnson, Larry M22661 Medical Grievance #402-5-23

---

I am in receipt of Individual Larry Johnson M22661 medical grievance #402-5-23 regarding medical treatment. Individual grieves he was transferred to Menard on 10/22/22 and is not receiving adequate medical treatment. He states he was supposed to be seen by an outside agency for his right hand and arm and has not been seen. After review of the individual's medical record, the individual had an ortho appointment on 10/12/22. On 10/20/22 an NP from Lawrence Correctional Center noted, "Furlough documents thoroughly reviewed and discussed in detail with individual. POC discussed and agreed upon. All questions answered to the best of my ability." A Physical Therapy evaluation for cubital tunnel is noted. The individual was transferred on 10/22/22 and no referral for Physical Therapy was received. Mr. Johnson has been referred to the NP call line to discuss plan of care that was recommended at Lawrence.

*Connie Dolce, MSN, RN, DON*
Connie Dolce, MSN, RN, DON

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 01/23/23 08:49:36:640 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #249-1-23 marked emergency by the individual in custody regarding late mail delivery, dated 1/21/2023. Forwarded to the CAO to determine if the grievance will be expedited as an Emergency.

**Print Date** 1/23/2023

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 01/26/23 09:04:28:053 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance office received grievance #249-1-23 from the individual in custody regarding late mail delivery, dated 1/21/23 previously deemed non-emergency. Forwarded to Clinical Services for Counselor's response.

**Print Date  1/26/2023**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M22661 | **Counseling Date** | 02/14/23 09:12:28:167 |
| **Offender Name** | JOHNSON, LARRY | **Type** | Collateral |
| **Current Admit Date** | 11/16/2017 | **Method** | Grievance |
| **MSR Date** | 08/28/2093 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | N2-03-29 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #249-1-23 (2nd Level Review) regarding late mail delivery, dated 1/21/23.

**Print Date  2/14/2023**

Inmate Id: M22661

Ret Form Ind:

Name: JOHNSON, LARRY

Modify Ind:

Chair Code: JOLO

Deny Ind:

Grv Type: L

Favorable Ind:

Grv Code: MAILROOM

Deferred Ind:

Receive Date: 03/17/2023

Moot Ind:

Hearing Date: 00/00/0000

Grievance Number: 249-1-23

Mailing Date: 00/00/0000

Incident Number:

Grv Loc: MENARD CC

Incident Date: 00/00/0000

Hearing Loc: MENARD CC

Incident Inst:

Date Receipted: 03/20/2023

Comments: GRV# 249-1-23 & GRV DTD 1/21/23 GRVS RECEIVING MAIL A MONTH AFTER THE POSTMARK DATE OF 12/19/22.  CLAIMS THIS STAFF INTENTIONALLY TAMPERING WITH JOHNSON'S MAIL.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

N2-8-1

| Grievance Officer's Report | |
|---|---|

**Date Received:** 12/20/2023    **Date of Review:** 04/16/2024    **Grievance #:** K4-1123-1239

**Individual in Custody Name:** Johnson, Larry                **ID#:** M22661

**Nature of Grievance:**

Living Conditions, repairs, staff conduct.

**Facts Reviewed:**

Individual in custody submitted a grievance dated 10/30/2023 and grieves/c;aims he is being subjected to inhumane treatment while in restrictive housing. Claims rust, black mold, temperature, water pressure, ventilation, and asbestos are affecting his breathing. Claims staff mess with his mail, and feels all of this is a violation of his 8th and 14th amendment rights.

Relief Requested: "I am requesting an emergency transfer to a more compliant facility where I don't have to live with such inhumane conditions. I am requesting that Menard CC be shut down due to the buildings being condemned. I am requesting to not be retaliated against for grieving this issue. I am also requesting to be compensated for punitive damages, pain and suffering caused by these harsh and inhumane living conditions."

Grievance #K4-1123-1239 was received on 11/01/2023 and marked emergency by the individual in custody.  It was not deemed of emergency nature by the Warden on 11/3/2023 and answered by the Counselor on 12/6/2023. The Counselor stated, "Cell placement is an administrative decision . Per mailroom all mail is being processed accordingly to AD 05.02.151. Per sanitation C/O all cells are cleaned before individual is moved them and all procedures according to ID 05.02.140 are being followed per your Orientation Manual pg 66.

CONTINUED ON NEXT PAGE...

**Recommendation:**

It is the recommendation of this Grievance Officer that the Individual in Custody's grievance is DENIED. I determine that the Counselor answered the Grievance correctly; and the CAO has said the same things about the North 2 housing unit. Can not substantiate staff "messing" with your mail.

Jeffrey Olson, Correctional Counselor I - MEN                **Jeffrey Olson**  Digitally signed by Jeffrey Olson Date: 2024.04.16 14:51:37 -05'00'

Print Grievance Officer's Name                          Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

**Date Received:** 04/16/2024        ☑ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

**Anthony Wills**                Digitally signed by Anthony Wills Date: 2024.04.16 15:35:47 -05'00'

Chief Administrative Officer's Signature                                          Date

| Individual in Custody's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                  ID#                  Date

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)

CONTINUATION

You are required to keep your cells walls, bars, windows, bed, wash basin, toilet stool, floor, and furniture clean at all times. You are also offered cleaning supplies 3x a week. Per AD 05.06.112 you are are classified as maximum security and can not request a transfer [while in restrictive housing]. Per Sgt. Young your water is working as it should." Then the grievance was returned to Grievance Office for processing on 12/20/2023.

Per Warden Wills, The North 2 restricted housing unit has no documented code violations regarding black mold, asbestos, or airborne asbestos. Air filters in the North 2 cell house are also changed according to policy. The living unit in which you were housed been recently painted and new-lights installed. Additionally, cleaning supplies are provided three times a week. Recreation is scheduled 10 hours per week. Individuals are given the opportunity to participate, unless the facility or assigned cell house is on lock down.

SL                    8.43

Housing Unit: __NQ__   Bed #: __633__

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: 10/30/23 | Individual (please print): Larry Johnson | ID #: M22661 | Race (optional): |
|---|---|---|---|

| Current Facility: Menard Correctional Center | Facility where grievance issue occurred: Menard Correctional Center |
|---|---|

**Nature of Grievance:**
- ☑ Staff Conduct
- ☐ Medical Treatment
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where issued _____
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Dietary
- ☐ Personal Property
- ☐ Mail Handling
- ☐ PREA
- ☐ HIPAA
- ☑ Other (specify): Living Conditions

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On 10/14/23 I was placed behind a steel door in cell 33 on 6 gallery in the North 2 Restrictive Housing Unit at Menard Correctional Center. I am grieving the fact that I am being subjected to inhumane living conditions at Menard C.C. These issues include, but not limited to, heavy rust on all steel in the cell and outside the cell, heavy dust, black mold in the tunnels, vents, toilets and sinks, it's cold outside and even colder inside and the hot water pressure is so low that it barely drips out the faucet so I'm forced to wash up in cold water regardless of the temperature in or outside the cell.

☑ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

**Relief Requested:** I am requesting an emergency transfer to a more compliant facility where I don't have to live in such inhumane conditions. I am requesting that Menard C.C. be shut down due to the buildings being condemned. I am requesting to not be retaliated against for grieving this issue. I am also requesting to be compensated for punitive damages, pain and suffering caused by these harsh and inhumane living conditions.

| Individual in Custody Signature | ID # M22661 | Date 10/30/23 |
|---|---|---|

**Counselor Response (if applicable):**                    Date Received: 11/6/23

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Cell placement is an administrative decision. Per Mailroom all mail is being processed according to AD 05.02.151. Per sanitation CO all cells are cleaned before individual is moved into them and all procedures according to ID 05.02.140. Per your Orientation Manual pg 66 "Cell" You are required to keep your cell walls, bars, windows, bed, wash basin, toilet stool, floor, and furniture clean at ALL times. You are also offered cleaning supplies 2X a week. Per AD 05.06.162 you are Max security and can not request a transfer. Per Sgt Young your water is working as it should.

S Lewis                    A Lewis                    12/6/23

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

MEN NOV 01

**EMERGENCY REVIEW:**     Date Received: MEN NOV 01

Is this determined to be of an emergency nature?
☐ Yes, expedite emergency grievance.
☑ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

| Chief Administrative Officer Signature | Date 11/3/23 |
|---|---|

Assigned Grievance #/Institution: K4-1123-1239

First Level Received: MEN NOV 06 2023

Second Level Received: MEN DEC 20 2023

___ Please check if using if utilizing follow up DOC 0743p

8B Living Conditions repairs, Staff Conduct

Distribution: Master File, Individual          Page 1 of 2          DOC 0046 (Rev. 06/2022)

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

there is water dripping out of the button to flush the toilet, there is black mold and rust on the buttons of the sink, its hard to breathe due to no real or clean ventillation, the showers are filthy, caked up with black mold and other unclean unidentifiables, some of the showers even flood the gallery, there is dried up feces from previous individuals living inside the cells with no proper cleaning solutions, the mattress is flat and stained with unidentifiable bodily fluids such as a mixture of blood, mucus, sweat and semen that has built up over the years of not being cleaned, not being afforded proper cleaning materials, asbestos, unidentifiable bugs crawling around the cells, maggots, being put inside of a cell without property for weeks, no communication with my family and loved ones because staff intentionally tamper with mail, when its cold outside its cold inside, when its hot outside its extremely hot inside even though the temperature is supposed to be adequate to meet the standards of normal living conditions for example, if its hot outside the temperature on the inside is supposed to be cool and vice versa, inadequate health care to tend to the sicknesses that are caused by these harsh living conditions, the air I breathe is doing more harm than help because its cancerous because of the asbestos, black mold, dust particles and rust in the air, the water is tainted, instead of having regular running hot water the buildings are so old that I'm subject to using the water provided from a hot water tank that sits outside of the building which has been broken for over a month probably longer, and a host of other things that contribute to harsh living conditions, I have complained about all of these things and more to multiple c/o's, sgt's, Lt's, majors and even the wardens who all did nothing to mitigate these conditions, I've even complained to several nurses to no avail. All parties involved are guilty of negligence, failure to protect, failure to intervene which is a direct violation of my constitutional protections against cruel and unusual punishment afforded by my 8th and 14th amendment.

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Johnson, Larry

8/16/23
Date

ID#: M22661

Facility: Menard C.C.

This is in response to your grievance received on 5/3/23 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 12/28/22    Grievance Number: 299-12-22    Griev Loc: Menard C.C.

- ☒ Medical treatment, wants contact lens plunger
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed

- ☐ Denied in accordance with DR504F, this is an administrative decision.

- ☒ Denied. this office finds the issue was appropriately addressed by the facility Administration.

- ☒ Other: Grievant has access to HCU for all medical needs.

- ☐ Denied as the facility is following the procedures outlined in DR525.

- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Jon Loftus
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, Menard C.C. Correctional Center
Johnson, Larry , ID# M22661

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

Inmate Id: M22661

Name: JOHNSON, LARRY

Chair Code: JOLO

Grv Type: L

Grv Code: MEDICAL

Receive Date: 05/03/2023

Hearing Date: 00/00/0000

Mailing Date: 00/00/0000

Grv Loc: MENARD CC

Hearing Loc: MENARD CC

Ret Form Ind:

Modify Ind:

Deny Ind:

Favorable Ind:

Deferred Ind:

Moot Ind:

Grievance Number: 299-12-22

Incident Number:

Incident Date: 00/00/0000

Incident Inst:

Date Receipted: 05/04/2023

Comments: GRV# 299-12-22 & GRV DTD 12/28/22 GRVS HCU IS NOT RESPONDING TO REQUESTS TO RECEIVE THE MED SUPPLIES NEEDED FOR HARD CONTACTS THAT HE HAS TO WEAR FOR EYE CONDITION.



**J.B. Pritzker**
Governor

**Latoya Hughes**
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Johnson, Larry                                                6/6/23
                                                                        Date

ID# : M22661

Facility: Menard C.C.

This is in response to your grievance received on __3/17/23__ . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your Issue regarding: Grievance dated: __1/21/23__    Grievance Number: __249-1-23__    Griev Loc: __Menard C.C.__

☐ Medical _____

☐ Dietary _____

☐ Personal Property _____

■ Mailroom/Publications   receiving mail a month after the postmark date _____

☐ Staff Conduct _____

☐ Commissary / Trust Fund _____

☐ Conditions (cell conditions, cleaning supplies, etc.) _____

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

_____

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

☐ Other: _____

_____

_____

FOR THE BOARD: _____        CONCURRED: _____
                    Job Loftus                                    Latoya Hughes
              Administrative Review Board                          Acting Director

CC: Warden, __Menard C.C.__ Correctional Center
    Johnson, Larry _____, ID# __M22661__

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc



*5-24-24*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Johnson, Larry                M22661
Name                          ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?        (Yes) or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?     Yes or (No)

   If yes, please list case number: _____ N/A _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?        Yes or (No)

   If yes, please list case number: _____ N/A _____

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:    110

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Complaint and Notice of Filing | 9 |
| — Exhibits | 98 |
| — Application To Proceed Without Cost (with Trust Fund Statement) | 3 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.